# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv00233

| | |
|---|---|
| WAYMAN CALDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court upon the Plaintiff's Motion for an Enlargement of Time to Accomplish Service. [Doc. 6]. On November 10, 2009, the undersigned entered an oral Order granting said Motion and extending the time to accomplish service through November 18. Through inadvertence, that Order was not docketed or communicated to Plaintiff's attorney until November 20, 2009.

For the reasons stated in the motion and above, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 6] is **ALLOWED**, and the Plaintiff shall have through **December 3, 2009** to effect service.

**IT IS SO ORDERED**.

Signed: November 23, 2009

Martin Reidinger
United States District Judge