# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:09cv233

| | |
|---|---|
| **WAYMAN CALDWELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

_____

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary

Judgment is **DENIED**; the Defendant's Motion for Judgment on the Pleadings

is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This

case is hereby **DISMISSED WITH PREJUDICE.**

Signed: October 18, 2011

Martin Reidinger
United States District Judge